UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00249-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JESUS VILLANUEVA-MARMOLEJO,
     a/k/a La Kena,
2.     **JOSE LUIS VILLANUEVA-MARMOLEJO,**
     **a/k/a Charras,**
     **a/k/a Fernando Vargas,**
3.     MARIA DE JESUS LOPEZ-CERVANTES,

       Defendants.

## ORDER AMENDING FACTUAL FINDINGS WITH REGARD TO SENTENCE

THIS MATTER came before the Court for a sentencing hearing on January 9 and 10, 2006. At such hearing, the Court orally pronounced the sentence. During its factual findings, the Court erroneously stated that computer had been taken from the residence of Defendant Jose Villanueva-Marmolejo. The computer actually was taken from the apartment occupied by the defendant's brother and sister-in-law, Co-Defendants Jesus Villanueva-Marmolejo and Maria De Jesus Lopez-Cervantes. No evidence pertaining to this case was taken from this Defendant's residence.

**IT IS THEREFORE ORDERED** that all of the Court's references to the residence during the sentencing hearing are **AMENDED** to be references to the residence of Jesus

Villanueva-Marmolejo.

Dated this 10th day of January, 2006.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge